195 So.2d 141

**HANDYMAN HOMES, INC., d/b/a Albert D. Kendrick, Contractor,**

v.

**ADMINISTRATOR, DIVISION OF EMPLOYMENT SECURITY OF DEPARTMENT OF LABOR, State of Louisiana, and Joe Ferguson.**

**No. 48531.**

Feb. 20, 1967.

In re: F. C. Doyal, Jr., Administrator of the Division of Employment Security, Department of Labor, State of Louisiana, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Feliciana. 192 So.2d 827.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

McCALEB, J., is of the opinion that a writ should be granted.

195 So.2d 141

**In re: Dan A. SPENCER.**

**No. 48563.**

Feb. 20, 1967.

In re: Dan A. Spencer applying for writ of certiorari.

Writ refused. We find no error of law in the contempt adjudication. See Arts. 17–25, C.Cr.P. The extenuating matters raised in the application address themselves to the mitigation of the penalty. Applicant's rights as to said penalty are reserved.

SUMMERS, J., is of the opinion the writ should be granted.